JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendants

*See signature page for additional appearances of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR ET AL., <br><br> Defendants. | No. 09-4621 VRW <br><br> **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION** |

IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel, subject to the Court's approval, that this case is referred to mediation. The parties are scheduled to mediate with Howard A. Herman, Director of ADR Programs for this Court, on February 5, 2010. The parties understand from Mr. Herman that an order from this Court referring the case to mediation is required in order for the mediation to take place.

///

///

///

///

| | | |
|---|---|---|
| Dated: January 19, 2010 | | ALISON M. TUCHER<br>WILLIAM F. TARANTINO<br>SHAYE DIVELEY<br>GEOFFREY R. PITTMAN<br>MORRISON & FOERSTER LLP<br><br>By: /s/ William F. Tarantino<br><br>425 Market Street<br>San Francisco, California 94105-2482<br>Telephone: 415.268.7000<br>Facsimile: 415.268.7522<br>Email: ATucher@mofo.com<br><br>Attorneys for Plaintiff |
| Dated: January 19, 2010 | | JOSEPH P. RUSSONIELLO<br>JOANN M. SWANSON<br>MICHAEL T. PYLE<br><br>By: /s/ Michael T. Pyle<br><br>Assistant United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue, 9th Floor<br>Box 36055<br>San Francisco, California 94102<br>Telephone: 415.436.7322<br>Facsimile: 415.436.6748<br>Email: michael.t.pyle@usdoj.gov<br><br>Attorneys for Defendants |

| | | |
|---|---|---|
| Dated: January 19, 2010 | | CHARLES R. SHOCKEY |

By: /s/ Charles R. Shockey

U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, California 95814-2322
Telephone: 916.930.2203
Facsimile: 916.930.2210
Email: charles.shockey@usdoj.gov

Attorneys for Defendants

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: _____
HON. VAUGHN R. WALKER
Chief United States District Judge

*IT IS SO ORDERED*
*Judge Vaughn R Walker*