JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954 )
Assistant United States Attorney

U.S. Attorney's Office/Civil Division
450 Golden Gate Avenue, 9th Floor
San Francisco, California 94102-3495
Telephone: (415) 436-7322
Facsimile: (415) 436-6748
E-mail: michael.t.pyle@usdoj.gov

Attorneys for Defendants

*See signature page for additional appearances of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>THE INTERIOR ET AL., )<br>)<br>Defendants. )<br>_____ ) | No. 09-4621 VRW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER REFERRING CASE TO**<br>**MEDIATION** |

IT IS HEREBY STIPULATED by and between the parties to this action by and through their designated counsel, subject to the Court's approval, that this case is referred to mediation. The parties are scheduled to mediate with Howard A. Herman, Director of ADR Programs for this Court, on February 5, 2010. The parties understand from Mr. Herman that an order from this Court referring the case to mediation is required in order for the mediation to take place.

///

///

///

///

STIP. AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION
C 09-4621 VRW

Dated: January 19, 2010

ALISON M. TUCHER
WILLIAM F. TARANTINO
SHAYE DIVELEY
GEOFFREY R. PITTMAN
MORRISON & FOERSTER LLP


By: /s/ William F. Tarantino

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: ATucher@mofo.com

Attorneys for Plaintiff

Dated: January 19, 2010

JOSEPH P. RUSSONIELLO
JOANN M. SWANSON
MICHAEL T. PYLE


By: /s/ Michael T. Pyle

Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue, 9th Floor
Box 36055
San Francisco, California 94102
Telephone: 415.436.7322
Facsimile: 415.436.6748
Email: michael.t.pyle@usdoj.gov

Attorneys for Defendants

| | | |
|---|---|---|
| 1 | Dated: January 19, 2010 | CHARLES R. SHOCKEY |
| 2 | | |
| 3 | | By: /s/ Charles R. Shockey |
| 4 | | U.S. Department of Justice<br>Environmental and Natural Resources Division<br>Natural Resources Section |
| 5 | | 501 "I" Street, Suite 9-700<br>Sacramento, California 95814-2322 |
| 6 | | Telephone: 916.930.2203<br>Facsimile: 916.930.2210 |
| 7 | | Email: charles.shockey@usdoj.gov |
| 8 | | Attorneys for Defendants |

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

DATED: _____

HON. VAUGHN R. WALKER
Chief United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Vaughn R Walker]*

STIP. AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION
C 09-4621 VRW                                   3