ALISON M. TUCHER (SBN 171363)
ATucher@mofo.com
WILLIAM F. TARANTINO (SBN 215343)
WTarantino@mofo.com
SHAYE DIVELEY (SBN 215602)
SDiveley@mofo.com
GEOFFREY R. PITTMAN (SBN 253876)
GPittmann@mofo.com
MORRISON & FOERSTER LLP
425 Market Street, 32nd Floor
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No.   CV-09-4621-VRW<br><br>**JOINT STIPULATED REQUEST TO CONTINUE MOTION AND HEARING DATE**<br><br>Judge:  Honorable Vaughn R. Walker<br>Courtroom:  6, 17th Floor |

STIPULATION -- Case No.CV-09-4621-VRW
sf-2854251

WHEREAS, at the January 7, 2010, status conference in this matter, the Court ordered Plaintiff High Sierra Hikers Association to move to supplement the administrative later no later than July 1, 2010 and set a hearing date for any such motion of August 5, 2010, at 10:00 a.m.;

WHEREAS, Plaintiff High Sierra Hikers Association and Defendants United States of Interior et al. (collectively "Parties") engaged in negotiations with respect to the content of the administrative record;

WHEREAS, the Parties jointly stipulated on June 28, 2010, to continue the motion deadline to supplement the administrative record and the hearing date for any motion of Plaintiff to supplement the administrative record;

WHEREAS, the Court ordered on June 29, 2010, that the motion deadline be continued to July 15, 2010, and the hearing date be continued to September 30, 2010, at 10:00 a.m.;

WHEREAS, the Parties jointly stipulated on July 14, 2010, to further extend the deadline for filing the motion to August 12, 2010;

WHEREAS, based on the Parties' stipulation, the Court subsequently ordered that the motion deadline be continued to August 12, 2010;

WHEREAS, the Parties continue to be engaged in negotiations with respect to the content of the administrative record; and

WHEREAS, the Parties agreed, upon the Court's approval, to reschedule the deadline for Plaintiff to move to supplement the administrative record to provide further opportunity to resolve any dispute with respect to the contents of the administrative record.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that:

1. Defendants shall respond to Plaintiff's meet-and-confer letters by **August 20, 2010.**

2. The deadline for Plaintiff to move to supplement the administrative record be continued to **September 2, 2010.**

3. Defendants shall file any opposition to Plaintiff's Motion by **September 23, 2010.**

4. Plaintiff shall file any reply in support of the Motion by **October 7, 2010.**

5. The hearing date for any motion of Plaintiff to supplement the administrative record be continued to **October 21, 2010,** at 10:00 a.m.

**IT IS SO STIPULATED.**

In addition to stipulating to the above, I, Shaye Diveley, attest that concurrence in the filing of this Stipulation has been obtained from Charles R. Shockey, Counsel for Defendants.

Dated: August 10, 2010

ALISON M. TUCHER
WILLIAM F. TARANTINO
SHAYE DIVELEY
GEOFFREY R. PITTMAN
MORRISON & FOERSTER LLP

By: _/s/ Shaye Diveley_
Shaye Diveley
Attorneys for Plaintiff

Dated: August 10, 2010

CHARLES R. SHOCKEY

By: _/s/ Charles R. Shockey_ [as authorized]
Charles R. Shockey
Attorneys for Defendants

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED.

Dated: 8/13/2010

By: _____
Honorable Judge Vaughn R Walker
U.S. District Court Judge