1  ALISON M. TUCHER (SBN 171363)
   ATucher@mofo.com
2  WILLIAM F. TARANTINO (SBN 215343)
   WTarantino@mofo.com
3  SHAYE DIVELEY (SBN 215602)
   SDiveley@mofo.com
4  GEOFFREY R. PITTMAN (SBN 253876)
   GPittmann@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street, 32nd Floor
6  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
7  Facsimile: (415) 268-7522

8  Attorneys for Plaintiff
   HIGH SIERRA HIKERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>                    Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                    Defendants. | Case No.   CV-09-4621-VRW<br><br>**JOINT STIPULATED REQUEST TO CONTINUE MOTION AND HEARING DATE; [PROPOSED] ORDER**<br><br>Judge: Honorable Vaughn R. Walker<br>Courtroom: 6, 17th Floor<br><br>Hearing on the motion to supplement the Administrative Record continued to: 12/16/2010 at 10:00 AM. |

...

STIPULATION; [PROPOSED] ORDER -- Case No.CV-09-4621-VRW
sf-2854251

1    WHEREAS, at the January 7, 2010, status conference in this matter, the Court ordered

2  Plaintiff High Sierra Hikers Association to move to supplement the administrative later no later

3  than July 1, 2010 and set a hearing date for any such motion of August 5, 2010, at 10:00 a.m.;

4    WHEREAS, Plaintiff High Sierra Hikers Association and Defendants United States of

5  Interior et al. (collectively "Parties") engaged in negotiations with respect to the content of the

6  administrative record;

7    WHEREAS, the Parties jointly stipulated on June 28, 2010, to continue the motion

8  deadline to supplement the administrative record and the hearing date for any motion of Plaintiff

9  to supplement the administrative record;

10    WHEREAS, based on the Parties' stipulation, the Court subsequently ordered that the

11  motion deadline be continued to July 15, 2010, and the hearing date be continued to September

12  30, 2010, at 10:00 a.m.;

13    WHEREAS, the Parties jointly stipulated on July 14, 2010, to further extend the deadline

14  for filing the motion to August 12, 2010;

15    WHEREAS, based on the Parties' stipulation, the Court subsequently ordered that the

16  motion deadline be continued to August 12, 2010;

17    WHEREAS, the Parties jointly stipulated on August 10, 2010, to further extend the

18  deadline for filing the motion to September 2, 2010;

19    WHEREAS, based on the Parties' stipulation, the Court subsequently ordered that the

20  motion deadline be continued to September 2, 2010, and the hearing date be continued to October

21  21, 2010, at 10:00 a.m.;

22    WHEREAS, due to health issues of its counsel, Plaintiff is unable to file on September 2,

23  2010;

24    WHEREAS, the next available hearing date that works for the parties' schedules is

25  November 18, 2010; and

26    WHEREAS, the Parties agreed, upon the Court's approval, to reschedule the deadline for

27  Plaintiff to move to supplement the administrative record to correspondence with a proposed

28  November 18, 2010 hearing date.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that:

2. The deadline for Plaintiff to move to supplement the administrative record be continued to **September 16, 2010.**

3. Defendants shall file any opposition to Plaintiff's Motion by **October 14, 2010.**

4. Plaintiff shall file any reply in support of the Motion by **October 28, 2010.**

5. The hearing date for any motion of Plaintiff to supplement the administrative record be continued to ~~November 18, 2010, at 10:00 a.m.~~ DECEMBER 16, 2010 at 10:00 AM.

**IT IS SO STIPULATED.**

In addition to stipulating to the above, I, Shaye Diveley, attest that concurrence in the filing of this Stipulation has been obtained from Charles R. Shockey, Counsel for Defendants.

Dated: September 2, 2010

ALISON M. TUCHER
WILLIAM F. TARANTINO
SHAYE DIVELEY
GEOFFREY R. PITTMAN
MORRISON & FOERSTER LLP

By:  /s/ *Shaye Diveley*
Shaye Diveley
Attorneys for Plaintiff

Dated: August 10, 2010

CHARLES R. SHOCKEY

By:  /s/ *Charles R. Shockey* [as authorized]
Charles R. Shockey
Attorneys for Defendants

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION, IT IS ORDERED.

3  Dated: 9/7/2010

5  By: _____
6  Honorable Vaughn R. Walker
   United States District Judge

