United States District Court
For the Northern District of California

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Due to the pending retirement of the undersigned, the clerk is directed to re-assign the following cases:

1. 10-1205 McKelvey v Globetrack Wireless Inc et al
2. 10-2475 Shared Memory Graphics Inc v Apple Inc et al
3. 08-5481, 09-1909 & 09-5360 Data Retrieval Technology v Sybase Inc & Informatica Corp
4. 06-6609 Chavez v Blue Sky Natural Beverage Co et al
5. 09-4621 High Sierra Hikers Assn v United States Department of the Interior et al
6. 09-1537 May v Unum Provident Corp
7. 03-3174 Berndt et al v California Department of Corrections et al
8. 10-1580 Reddic v Evans et al
9. 10-2156 Khan v Orkin Exterminating Company, Inc
10. 01-2252 Dukes et al v Wal-Mart Stores, Inc

11. 03-5116 Amkor Technology, Inc v Carsem (M) Sdn Bhd et al

12. 07-2852 In re TD Ameritrade Accountholder Litigation

13. 08-2582 Collier v Windsor Fire Protection District Board of Directors et al

14. 05-4977, 07-4781 & 07-5989 Pedraza v AUSD et al

15. 09-0457 Hayter v Clark

IT IS SO ORDERED.

Vaughn R Walker
United States District Judge