**United States District Court**
For the Northern District of California

**\*\*E-filed 2/28/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>　　　　Plaintiff,<br>　v.<br><br>UNITED STATES DEPARTMENT OF<br>THE INTERIOR, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 09-4621 RS<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE FOR DISPOSITION** |

　　　　Plaintiff has filed a motion to augment or supplement the administrative record herein. Upon review, it is apparent that the motion is a non-dispositive matter subject to adjudication by a magistrate judge under 28 U.S.C. § 636(b)(1)(a), subject to review by the Court only under the procedures set forth in Civil Local Rule 72-2, and that the motion is otherwise appropriate for referral to a magistrate judge for such disposition. Accordingly, the motion is hereby referred to a magistrate judge, to be randomly assigned, and the presently-scheduled hearing date is vacated.

Plaintiff shall renotice the motion for hearing before the magistrate judge pursuant to the Civil Local Rules and any standing orders of the magistrate judge.

IT IS SO ORDERED.

Dated: 2/28/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani