| | |
|---|---|
| 1 | MELINDA L. HAAG |
| | United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143) |
| | Chief, Civil Division |
| 3 | MICHAEL T. PYLE |
| | Assistant U.S. Attorney |
| 4 | Northern District of California |
| | 150 Almaden Blvd., Suite 900 |
| 5 | San Jose, CA 95113 |
| | Telephone:   (408) 535-5087 |
| 6 | Facsimile:   (408) 535-5081 |
| | Email:   michael.t.pyle@usdoj.gov |
| 7 | |
| | IGNACIA S. MORENO |
| 8 | Assistant Attorney General |
| | Environment and Natural Resources Division |
| 9 | |
| | CHARLES R. SHOCKEY, Trial Attorney |
| 10 |       D.C. Bar No.  914879 |
| | U.S. Department of Justice |
| 11 | Environment and Natural Resources Division |
| | Natural Resources Section |
| 12 | 501 "I" Street, Suite 9-700 |
| | Sacramento, CA 95814-2322 |
| 13 | Telephone:   916-930-2203 |
| | Facsimile:   916-930-2210 |
| 14 | Email:   charles.shockey@usdoj.gov |
| 15 | *Attorneys for Defendants* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-09-4621-RS |
| Plaintiff, | JOINT STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | Date: April 21, 2011 |
| Defendants. | Time: 10:00 a.m. |
| | Judge: Hon. Richard Seeborg |
| | Court: Courtroom 3, 17th Floor |

STIPULATION AND ORDER [PROPOSED] -- Case No.CV-09-4621-RS

WHEREAS, on February 14, 2011, the Court rescheduled the Case Management Conference in this case to April 21, 2011, at 10:00 a.m.;

WHEREAS, Plaintiff High Sierra Hikers Association and Defendants United States of Interior, et al. have conferred and Defendants requested a one-week extension of the Case Management Conference, due to the absence of Defendants' counsel from April 18-22, 2011, and

WHEREAS, Plaintiff does not object to the requested extension, and both parties have agreed on rescheduling the Case Management Conference on April 28, 2011;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the Parties that the Case Management Conference is continued to ~~April 28, 2011~~ May 5, 2011, at 10:00 a.m.

**IT IS SO STIPULATED.**

In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in filing of this Stipulation has been obtained from Alison Tucher and Nathan Sabri, Counsel for Plaintiff.

Dated: March 7, 2011

ALISON M. TUCHER
NATHAN B. SABRI
BARBARA BARATH
MORRISON & FOERSTER LLP

By:   */s/ Nathan B. Sabri* [as authorized]
Nathan B. Sabri
Attorneys for Plaintiff

Dated: March 7, 2011

CHARLES R. SHOCKEY
U.S. DEPARTMENT OF JUSTICE

By:   */s/ Charles R. Shockey*
Charles R. Shockey
Attorneys for Defendants

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated: 3/8/11

BY: /s/ Richard Seeborg

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE