**\*\*E-filed 7/11/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, | No. C 09-4621 RS |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 72-2, defendants have filed a motion objecting to certain portions of the order issued by the assigned magistrate judge on June 24, 2011. The docket entry for defendants' motion purports to state deadlines for filing any response and any reply. Under Rule 72-2, however, no response is required, and reply briefs are not permitted, unless specifically ordered by the Court. Accordingly, the dates shown in the docket entry are to be disregarded. Plaintiff shall file any response to the objection no later than July 29, 2011. The matter shall then be taken under submission without further briefing or oral argument, unless otherwise ordered.

IT IS SO ORDERED.

Dated: 7/8/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE