*E-Filed 3/2/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>    Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants.<br>_____/ | No. C 09-04621 RS<br><br>**SCHEDULING ORDER** |

The parties are directed to appear for a hearing on the issue of remedies on May 23, 2012 at 1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. The briefing schedule shall proceed as follows: High Sierra Hikers Association shall file its opening brief no later than April 5, 2012. Defendants shall submit a response by April 24, 2012. Plaintiff may file a reply brief by May 7, 2012.

IT IS SO ORDERED.

Dated: 3/2/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE