ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

*See signature page for additional appearances of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>               Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>               Defendants. | Case No. CV-09-4621 RS<br><br>**STIPULATED SUBMISSION OF SUPPLEMENTAL MATERIAL AFFECTING MOTION FOR RELIEF AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**<br><br>DATE: May 23, 2012<br>TIME: 1:30 P.M.<br>JUDGE: Hon. Richard Seeborg<br>CTRM: Courtroom 3, 17th Floor<br><br>Local Rule 7-3(d)(2) |

1    WHEREAS, a hearing date for Plaintiff High Sierra Hikers Association ("High Sierra")'s Motion for Partial Vacatur and Injunctive Relief (Dkt. No. 101) is currently set for May 23, 2012;

    WHEREAS, High Sierra submitted the following excerpts from seven rough deposition transcripts as exhibits to the Reply Declaration of Barbara N. Barath in support of Plaintiff's Motion for Partial Vacatur and Injunctive Relief (Dkt. No. 111): <u>Exhibit 140</u>, Dkt No. 111-3, which contains excerpts from the rough transcript of the deposition of Karen Taylor-Goodrich taken May 1, 2012; <u>Exhibit 141</u>, Dkt. No. 111-4, which contains excerpts from the rough transcript of the deposition of Sylvia Haultain taken May 1, 2012; <u>Exhibit 143</u>, Dkt. No. 11-6, which contains excerpts from the rough transcript of the deposition of Gregg Fauth taken May 1, 2012; <u>Exhibit 147</u>, Dkt. No. 111-14, which contains excerpts from the rough transcript of the deposition of Tim Shew taken May 4, 2012; <u>Exhibit 148</u>, Dkt. No.111-15, which contains excerpts from the rough transcript of the deposition of Steven Day taken May 4, 2012; <u>Exhibit 149</u>, Dkt. No. 111-16, which contains excerpts from the rough transcript of the deposition of Hilary Painter taken May 4, 2012; and <u>Exhibit 151</u>, Dkt. No. 111-18, which contains excerpts from the rough transcript of the deposition of Dave Dohnel taken May 3, 2012;

    WHEREAS, on May 14, 2012, Defendants United States Department of the Interior, *et al.* ("Defendants") filed an Objection to evidence submitted by the High Sierra, arguing *inter alia* that they had not received any of the deponents' transcripts and that, "[w]ithout the full deposition transcripts . . . the court is presented with an incomplete and often misleading understanding of the witnesses' testimony." (Dkt. No. 112 at 5);

    WHEREAS, between May 11, 2012 and May 21, 2012, counsel for High Sierra received copies of the final versions of the rough transcripts submitted as Exhibits 140, 141, 132, 147, 148, 149, and 151;

    WHEREAS, on May 18, 2012 and May 21, 2012, counsel for High Sierra sent copies of those complete and final deposition transcripts to counsel for the Defendants;

    WHEREAS, on May 21, 2012, counsel for Defendants stipulated to the submission of the following seven complete and final deposition transcripts as supplemental authority pursuant to

Local Rule 7-3(d)(2), subject to the proviso that the ~~three~~ National Park Service deponents (Ms. Karen Taylor-Goodrich, Ms. Sylvia Haultain, and Mr. Gregg Fauth) have not yet had an opportunity to submit their changes or corrections to their deposition testimony:

- **Exhibit 153**, which is a true and correct copy of the final transcript of the deposition of Karen Taylor-Goodrich taken May 1, 2012.
- **Exhibit 154**, which is a true and correct copy of the final transcript of the deposition of Sylvia Haultain taken May 1, 2012.
- **Exhibit 155**, which is a true and correct copy of the final transcript of the deposition of Gregg Fauth taken May 1, 2012.
- **Exhibit 156**, which is a true and correct copy of the final transcript of the deposition of Tim Shew taken May 4, 2012.
- **Exhibit 157**, which is a true and correct copy of the final transcript of the deposition of Steven Day taken May 4, 2012.
- **Exhibit 158**, which is a true and correct copy of the final transcript of the deposition of Hilary Painter taken May 4, 2012.
- **Exhibit 159**, which is a true and correct copy of the final transcript of the deposition of Dave Dohnel taken May 3, 2012.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel of record, and subject to the Court's approval, that Exhibits 153-159 shall be considered as supplemental materials affecting High Sierra's relief motion pursuant to Local Rule 7-3(d)(2).

| | | |
|---|---|---|
| 1 | Dated: May 21, 2012 | ALISON M. TUCHER |
| 2 | | NATHAN B. SABRI |
| | | BARBARA BARATH |
| 3 | | MORRISON & FOERSTER LLP |

By:  */s/ Barbara N. Barath*
      Barbara N. Barath

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: nsabri@mofo.com

Attorneys for Plaintiff

Dated: May 21, 2012    CHARLES R. SHOCKEY

By:  */s/ Charles R. Shockey [as authorized]*
      Charles R. Shockey

U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, California 95814-2322
Telephone: 916.930.2203
Facsimile: 916.930.2210
Email: charles.shockey@usdoj.gov

Attorneys for Defendants

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __5/22/12_____    _____
                              The Hon. Richard Seeborg
                              United States District Judge

**ATTESTATION PURSUANT TO GENERAL ORDER 45 X.B.**

I, Barbara N. Barath, am the ECF User whose ID and password are being used to file this Stipulated Submission of Supplemental Material Affecting Motion for Relief and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that Charles R. Shockey has concurred in this filing.

Dated: May 21, 2012                    MORRISON & FOERSTER LLP

                                       */s/ Barbara N. Barath*
                                       BARBARA N. BARATH
                                       bbarath@mofo.com