ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

*See signature page for additional appearances of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION,<br><br>                        Plaintiff,<br><br>          v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>                        Defendants. | Case No.   3:09-cv-04621-RS<br><br>**STIPULATED SUBMISSION OF PROPOSED BASE LEVEL OF OVERNIGHT COMMERCIAL STOCK USE AND [PROPOSED] ORDER** |

1   WHEREAS, the Court held a hearing (Dkt. No. 118) on Plaintiff High Sierra Hikers
2   Association ("High Sierra")'s Motion for Partial Vacatur and Injunctive Relief (Dkt. No. 101) on
3   May 23, 2012, and took that Motion under advisement;

4   WHEREAS, the Court requested at the hearing that the parties meet and confer in an
5   effort to agree upon the base level of overnight commercial stock use to be used by the Court in
6   determining commercial stock use in wilderness areas of Sequoia and Kings Canyon National
7   Parks ("Base Level");

8   WHEREAS, on May 23 and 24, 2012, counsel for High Sierra and Defendants United
9   States Department of the Interior, *et al.* ("Defendants") met and conferred, pursuant to the Court's
10  request, and have agreed upon the Base Level;

11  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto,
12  through their counsel of record, and subject to the Court's approval, that the Court should use an
13  annual total number of 3,200 stock use nights as the Base Level, subject to any adjustment or
14  reduction that the Court may deem to be warranted as an interim measure.

Dated: May 25, 2012

ALISON M. TUCHER
NATHAN B. SABRI
BARBARA BARATH
MORRISON & FOERSTER LLP

By:  */s/ Barbara N. Barath*
       Barbara N. Barath

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: nsabri@mofo.com

Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: May 25, 2012 | CHARLES R. SHOCKEY |
| 2 | | |
| 3 | | By:    */s/ Charles R. Shockey* |
| 4 | |         Charles R. Shockey |
| 5 | | U.S. Department of Justice<br>Environmental and Natural Resources Division |
| 6 | | Natural Resources Section<br>501 "I" Street, Suite 9-700 |
| 7 | | Sacramento, California 95814-2322<br>Telephone: 916.930.2203 |
| 8 | | Facsimile: 916.930.2210<br>Email: charles.shockey@usdoj.gov |
| 9 | | Attorneys for Defendants |

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __5/29/12_____        _____
                                             The Hon. Richard Seeborg
                                             United States District Judge

Case3:09-cv-04621-RS   Document122   Filed05/29/12   Page3 of 3

STIPULATED SUBMISSION OF PROPOSED BASE LEVEL OF OVERNIGHT COMMERCIAL STOCK USE AND [~~PROPOSED~~] ORDER
CASE NO. CV-09-4621-RS
sf- 3150948

2