1 | ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
2 | NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
3 | BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California 94105-2482
Telephone: (415) 268-7000
6 | Facsimile: (415) 268-7522

7 | Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION
8
*See signature page for additional appearances of counsel*
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13 | HIGH SIERRA HIKERS ASSOCIATION,          Case No.   3:09-cv-04621-RS

14 |                Plaintiff,                **STIPULATED SUBMISSION OF PROPOSED BASE LEVEL OF**
15 |        v.                                **OVERNIGHT COMMERCIAL STOCK USE AND [PROPOSED] ORDER**
16 | UNITED STATES DEPARTMENT OF THE
     INTERIOR, et al.,
17
                   Defendants.
18

WHEREAS, the Court held a hearing (Dkt. No. 118) on Plaintiff High Sierra Hikers Association ("High Sierra")'s Motion for Partial Vacatur and Injunctive Relief (Dkt. No. 101) on May 23, 2012, and took that Motion under advisement;

WHEREAS, the Court requested at the hearing that the parties meet and confer in an effort to agree upon the base level of overnight commercial stock use to be used by the Court in determining commercial stock use in wilderness areas of Sequoia and Kings Canyon National Parks ("Base Level");

WHEREAS, on May 23 and 24, 2012, counsel for High Sierra and Defendants United States Department of the Interior, *et al.* ("Defendants") met and conferred, pursuant to the Court's request, and have agreed upon the Base Level;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel of record, and subject to the Court's approval, that the Court should use an annual total number of 3,200 stock use nights as the Base Level, subject to any adjustment or reduction that the Court may deem to be warranted as an interim measure.

Dated: May 25, 2012

ALISON M. TUCHER
NATHAN B. SABRI
BARBARA BARATH
MORRISON & FOERSTER LLP


By:   */s/ Barbara N. Barath*
     Barbara N. Barath

425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522
Email: nsabri@mofo.com

Attorneys for Plaintiff

STIPULATED SUBMISSION OF PROPOSED BASE LEVEL OF OVERNIGHT COMMERCIAL STOCK USE AND [PROPOSED] ORDER
CASE NO. CV-09-4621-RS
sf- 3150948

1

1  Dated: May 25, 2012                      CHARLES R. SHOCKEY

3                                           By:   */s/ Charles R. Shockey*
                                                  Charles R. Shockey

                                            U.S. Department of Justice
                                            Environmental and Natural Resources Division
                                            Natural Resources Section
                                            501 "I" Street, Suite 9-700
                                            Sacramento, California 95814-2322
                                            Telephone: 916.930.2203
                                            Facsimile: 916.930.2210
                                            Email: charles.shockey@usdoj.gov

                                            Attorneys for Defendants

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __5/29/12_____              _____
                                            The Hon. Richard Seeborg
                                            United States District Judge