ALISON M. TUCHER (CA SBN 171363)
ATucher@mofo.com
NATHAN B. SABRI (CA SBN 252216)
NSabri@mofo.com
BARBARA BARATH (CA SBN 268146)
BBarath@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
HIGH SIERRA HIKERS ASSOCIATION

*See signature page for additional appearances of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HIGH SIERRA HIKERS ASSOCIATION, | Case No.   3:09-cv-04621-RS |
|---|---|
| Plaintiff, | **STIPULATED ONE DAY EXTENSION OF TIME FOR FILING BRIEF AND [PROPOSED] ORDER** |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

1       WHEREAS, the Court's Remedy Order dated May 29, 2012 (Dkt. No. 120) states: "If the Sequoia and Kings Canyon National Parks Back-country Access Act ["the Access Act"] is signed into law, the parties are to submit separate briefs, each not to exceed ten pages in length, within twenty days of the statute's enactment directed to the effect, if any, of such law on the terms and conditions set forth in this order.";

        WHEREAS, President Obama signed the Access Act into law on June 5, 2012;

        WHEREAS, the parties' briefs about the Access Act are currently due to be filed on June 25, 2012;

        WHEREAS, lead counsel for Defendants, Charlie Shockey, who has been responsible for drafting the brief about the Access Act for Defendants, developed a stomach flu three days ago and thus has been unable to make sufficient progress on Defendant's brief to permit it to be filed on June 25, 2012;

        NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto, through their counsel of record, and subject to the Court's approval, that the parties shall have until June 26, 2012 to file their respective briefs about the Access Act.

Dated: June 25, 2012                ALISON M. TUCHER
                                    NATHAN B. SABRI
                                    BARBARA BARATH
                                    MORRISON & FOERSTER LLP


                                    By:  */s/ Barbara N. Barath*
                                            Barbara N. Barath

                                    425 Market Street
                                    San Francisco, California 94105-2482
                                    Telephone: 415.268.7000
                                    Facsimile: 415.268.7522
                                    Email: nsabri@mofo.com

                                    Attorneys for Plaintiff

| | | |
|---|---|---|
| 1 | Dated: June 25, 2012 | CHARLES R. SHOCKEY |

By:   */s/ Charles R. Shockey*
          Charles R. Shockey

U.S. Department of Justice
Environmental and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, California 95814-2322
Telephone: 916.930.2203
Facsimile: 916.930.2210
Email: charles.shockey@usdoj.gov

Attorneys for Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: __6/25/12_____          _____
                                                                    The Hon. Richard Seeborg
                                                                    United States District Judge