1   MELINDA L. HAAG (CSBN 132612)
    United States Attorney
2   ALEX TSE (CSBN 152348)
    Acting Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954)
    Assistant U.S. Attorney
4   Northern District of California
    150 Almaden Blvd., Suite 900
5   San Jose, CA 95113
    Telephone:     (408) 535-5087
6   Facsimile:     (408) 535-5081
    Email:         michael.t.pyle@usdoj.gov
7
    IGNACIA S. MORENO
8   Assistant Attorney General
    Environment and Natural Resources Division
9   CHARLES R. SHOCKEY (D.C. Bar No. 914879)
    Trial Attorney, U.S. Department of Justice
10  Environment and Natural Resources Division
    Natural Resources Section
11  501 "I" Street, Suite 9-700
    Sacramento, CA 95814-2322
12  Telephone:     916-930-2203
    Facsimile:     916-930-2210
13  Email:         charles.shockey@usdoj.gov

14  *Attorneys for Defendants*

15

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

| 19 | HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-09-4621-RS |
|---|---|---|
| 20 | Plaintiff, | JOINT STIPULATION TO REVISE BRIEFING SCHEDULE |
| 21 | v. | AND ~~PROPOSE~~D ORDER |
| 22 | UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | JUDGE: HONORABLE RICHARD SEEBORG |
| 23 | | |
| 24 | Defendants. | Courtroom: 3, 17th Floor |

25

26

27

28

S<small>TIPULATION</small> -- Case No.CV-09-4621-RS

1

2  WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association filed a

3  Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. § 2412,

4  WHEREAS, Plaintiff and Defendants United States of the Interior, et al., have been

5  engaged in settlement discussions with respect to the Plaintiff's motion and are interested in

6  continuing settlement discussions that, if successful, could avoid the need for a hearing; and

7  WHEREAS, due to other commitments, Defendants' counsel requested additional time to

8  respond to the Plaintiff's motion in the event that the settlement discussions are not successful,

9  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed between the Parties that:

10  1. Defendants shall file their opposition to Plaintiff's Motion by **December 11, 2012.**

11  2. Plaintiff shall file their reply in support of the Motion by **January 3, 2013.**

12  3. The hearing on Plaintiff's Motion is continued until **January 17, 2013,** at 1:30 p.m.

13  **IT IS SO STIPULATED.**

14  In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in the

15  filing of this Stipulation has been obtained from Barbara N. Barath, Attorney for Plaintiff.

16

| Dated: November 6, 2012 | BARBARA N. BARATH<br>MORRISON & FOERSTER LLP |
|---|---|
| | By:     /s/  *Barbara Barath* [as authorized]<br>Barbara Barath, Attorney for Plaintiff |
| Dated: November 6, 2012 | CHARLES R. SHOCKEY<br>U.S. DEPARTMENT OF JUSTICE |
| | By:     */s/ Charles R. Shockey*<br>Charles R. Shockey, Attorney for Defendants |

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

BY: [signature]

Dated: 11/6/12

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

STIPULATION -- Case No. CV-09-4621-RS    1