MELINDA L. HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Acting Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant U.S. Attorney
Northern District of California
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:   (408) 535-5087
Facsimile:   (408) 535-5081
Email:       michael.t.pyle@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
CHARLES R. SHOCKEY (D.C. Bar No. 914879)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:   916-930-2203
Facsimile:   916-930-2210
Email:       charles.shockey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-09-4621-RS |
| Plaintiff, | JOINT STIPULATION TO REVISE BRIEFING SCHEDULE AND PROPOSED ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | JUDGE:  HONORABLE RICHARD SEEBORG |
| Defendants. | Courtroom: 3, 17th Floor |

STIPULATION -- Case No.CV-09-4621-RS

WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association filed a Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. § 2412,

WHEREAS, Plaintiff and Defendants United States of the Interior, et al., have been engaged in settlement discussions with respect to the Plaintiff's motion and are interested in continuing settlement discussions that, if successful, would avoid the need for a hearing;

WHEREAS, at Defendants' request, the Court previously continued the date for the Defendants to file their opposition to the fee motion until December 11, 2012;

WHEREAS, the parties now have reached an agreement-in-principle regarding a possible settlement of the Plaintiff's motion, but require additional time to reach agreement on the specific terms and conditions of the proposed settlement, as well as time for formal approval by officials in the Department of the Interior and Department of Justice,

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed between the Parties that:

1. The date for the Defendants' to file their opposition to Plaintiff's Motion shall be continued by an additional 30 days, until **January 10, 2013**, to allow time for further settlement discussions and review of any settlement agreement by both parties.

2. The parties shall advise the Court of the status their settlement discussions in a joint status report to be filed on or before **January 4, 2013.**

3. The hearing on Plaintiff's Motion is continued until a date to be set following the joint status report on **January 4, 2013**. If settlement does not appear imminent at that time, the parties will agree on a date for the Plaintiff's Reply and request a hearing on Plaintiff's Motion at the next available date on the Court's calendar.

**IT IS SO STIPULATED.**

STIPULATION -- Case No. CV-09-4621-RS 1

In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in the filing of this Stipulation has been obtained from Barbara N. Barath, Attorney for Plaintiff.

Dated: December 4, 2012      BARBARA N. BARATH
                             MORRISON & FOERSTER LLP

                             By:  */s/ Barbara Barath* [as authorized]
                             Barbara Barath, Attorney for Plaintiff

Dated: December 4, 2012      CHARLES R. SHOCKEY
                             U.S. DEPARTMENT OF JUSTICE

                             By:  */s/ Charles R. Shockey*
                             Charles R. Shockey, Attorney for Defendants

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

BY: /s/ Richard Seeborg

Dated: 12/4/12

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE

STIPULATION -- Case No. CV-09-4621-RS                              2