1  MELINDA L. HAAG (CSBN 132612)
   United States Attorney
2  ALEX TSE (CSBN 152348)
   Acting Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant U.S. Attorney
4  Northern District of California
   150 Almaden Blvd., Suite 900
5  San Jose, CA 95113
   Telephone:     (408) 535-5087
6  Facsimile:     (408) 535-5081
   Email:         michael.t.pyle@usdoj.gov
7
   IGNACIA S. MORENO
8  Assistant Attorney General
   Environment and Natural Resources Division
9  CHARLES R. SHOCKEY (D.C. Bar No. 914879)
   Trial Attorney, U.S. Department of Justice
10 Environment and Natural Resources Division
   Natural Resources Section
11 501 "I" Street, Suite 9-700
   Sacramento, CA 95814-2322
12 Telephone:   916-930-2203
   Facsimile:   916-930-2210
13 Email:       charles.shockey@usdoj.gov

14 *Attorneys for Defendants*

15

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18

19 | HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-09-4621-RS |

20 | Plaintiff, | JOINT STIPULATION TO REVISE BRIEFING SCHEDULE |

21 | v. | AND PROPOSED ORDER |

22 | UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | JUDGE: HONORABLE RICHARD SEEBORG |

23 | Defendants. | Courtroom: 3, 17th Floor |

S TIPULATION -- Case No.CV-09-4621-RS

WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association filed a Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. § 2412,

WHEREAS, Plaintiff and Defendants United States of the Interior, et al., have been engaged in settlement discussions with respect to the Plaintiff's motion and are interested in continuing settlement discussions that, if successful, would avoid the need for a hearing;

WHEREAS, at Defendants' request, the Court previously continued the date for the Defendants to file their opposition to the fee motion until December 11, 2012;

WHEREAS, the parties now have reached an agreement-in-principle regarding a possible settlement of the Plaintiff's motion, but require additional time to reach agreement on the specific terms and conditions of the proposed settlement, as well as time for formal approval by officials in the Department of the Interior and Department of Justice,

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed between the Parties that:

1. The date for the Defendants' to file their opposition to Plaintiff's Motion shall be continued by an additional 30 days, until **January 10, 2013**, to allow time for further settlement discussions and review of any settlement agreement by both parties.

2. The parties shall advise the Court of the status their settlement discussions in a joint status report to be filed on or before **January 4, 2013.**

3. The hearing on Plaintiff's Motion is continued until a date to be set following the joint status report on **January 4, 2013**.  If settlement does not appear imminent at that time, the parties will agree on a date for the Plaintiff's Reply and request a hearing on Plaintiff's Motion at the next available date on the Court's calendar.

**IT IS SO STIPULATED.**

In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in the filing of this Stipulation has been obtained from Barbara N. Barath, Attorney for Plaintiff.

Dated: December 4, 2012   BARBARA N. BARATH
MORRISON & FOERSTER LLP

By:   */s/ Barbara Barath* [as authorized]
Barbara Barath, Attorney for Plaintiff

Dated: December 4, 2012   CHARLES R. SHOCKEY
U.S. DEPARTMENT OF JUSTICE

By:   */s/ Charles R. Shockey*
Charles R. Shockey, Attorney for Defendants

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

BY: *(signature)*

Dated: 12/4/12

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE