| | |
|---|---|
| 1 | MELINDA L. HAAG (CSBN 132612) |
| | United States Attorney |
| 2 | ALEX TSE (CSBN 152348) |
| | Acting Chief, Civil Division |
| 3 | MICHAEL T. PYLE (CSBN 172954) |
| | Assistant U.S. Attorney |
| 4 | Northern District of California |
| | 150 Almaden Blvd., Suite 900 |
| 5 | San Jose, CA 95113 |
| | Telephone:   (408) 535-5087 |
| 6 | Facsimile:    (408) 535-5081 |
| | Email:         michael.t.pyle@usdoj.gov |
| 7 | |
| | IGNACIA S. MORENO |
| 8 | Assistant Attorney General |
| | Environment and Natural Resources Division |
| 9 | CHARLES R. SHOCKEY (D.C. Bar No. 914879) |
| | Trial Attorney, U.S. Department of Justice |
| 10 | Environment and Natural Resources Division |
| | Natural Resources Section |
| 11 | 501 "I" Street, Suite 9-700 |
| | Sacramento, CA 95814-2322 |
| 12 | Telephone:   916-930-2203 |
| | Facsimile:    916-930-2210 |
| 13 | Email:         charles.shockey@usdoj.gov |

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, | Case No.   CV-09-4621-RS |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO REVISE BRIEFING SCHEDULE; ~~PROPOSED~~ ORDER |
| v. | |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., | JUDGE:  HONORABLE RICHARD SEEBORG |
| Defendants. | Courtroom: 3, 17th Floor |

JOINT STATUS REPORT AND STIPULATION AND ORDER -- Case No.CV-09-4621-RS

1
2   The Plaintiff High Sierra Hikers Association and the Defendants, U.S. Department of the
3   Interior, et al., submit this joint status report and stipulation to advise the Court as to the status of
4   the ongoing settlement process with respect to the Plaintiff's Motion for Attorneys' Fees, Costs,
5   and Other Expenses.  The settlement process is moving forward, and both parties believe that a
6   final settlement can be reached in the near future.  As explained below, additional time is needed
7   to secure formal approval from federal officials in Washington, D.C.
8   WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association filed a
9   Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. § 2412,
10  WHEREAS, Plaintiff and Defendants United States of the Interior, et al., have been
11  engaged in settlement discussions with respect to the Plaintiff's motion and are optimistic that a
12  final settlement can be reached that would avoid the need for a hearing;
13  WHEREAS, the litigation counsel for both parties have reached agreement on the terms
14  and conditions of a settlement agreement;
15  WHEREAS, the Defendants require additional time to secure formal approval by senior
16  officials in the Department of the Interior and Department of Justice; and
17  WHEREAS, at Defendants' request, the Court previously continued the date for the
18  Defendants to file their opposition to the fee motion until January 10, 2013;
19  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed between the Parties that:
20  1. The date for the Defendants to file their opposition to Plaintiff's Motion shall be
21  continued by an additional 35 days, until **February 14, 2013**, to allow time for final review and
22  approval of the proposed settlement agreement negotiated by the parties.
23  2. The parties shall advise the Court of the status their settlement discussions in a joint
24  status report to be filed on or before **February 7, 2013.**
25  3. The hearing on Plaintiff's Motion is continued until a date to be set following the joint
26  status report on **February 7, 2013**.  If settlement does not appear imminent at that time, the
27  parties will agree on a date for the Plaintiff's Reply and request a hearing on Plaintiff's Motion at
28  the next available date on the Court's calendar.

**IT IS SO STIPULATED.**

JOINT STATUS REPORT AND STIPULATION AND ORDER  -- Case No. CV-09-4621-RS                                                                                 1

In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in the filing of this Stipulation has been obtained from Barbara N. Barath, Attorney for Plaintiff.

Dated: January 4, 2013     BARBARA N. BARATH
                           MORRISON & FOERSTER LLP

                           By:  /s/ **Barbara Barath** [as authorized]
                           Barbara Barath, Attorney for Plaintiff

Dated: January 4, 2013     CHARLES R. SHOCKEY
                           U.S. DEPARTMENT OF JUSTICE

                           By:  */s/ **Charles R. Shockey***
                           Charles R. Shockey, Attorney for Defendants

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

BY: [signature]

Dated: 1/4/13

HONORABLE RICHARD SEEBORG
U.S. DISTRICT COURT JUDGE