MELINDA L. HAAG (CSBN 132612)
United States Attorney
ALEX TSE (CSBN 152348)
Acting Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant U.S. Attorney
Northern District of California
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Telephone:  (408) 535-5087
Facsimile:  (408) 535-5081
Email:      michael.t.pyle@usdoj.gov

IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
CHARLES R. SHOCKEY (D.C. Bar No. 914879)
Trial Attorney, U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
501 "I" Street, Suite 9-700
Sacramento, CA 95814-2322
Telephone:  916-930-2203
Facsimile:  916-930-2210
Email:      charles.shockey@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIGH SIERRA HIKERS ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., <br><br> Defendants. | Case No.   CV-09-4621-RS <br><br> JOINT STATUS REPORT AND STIPULATION TO FURTHER REVISE BRIEFING SCHEDULE; ~~PROPOSED~~ ORDER <br><br> JUDGE:  HONORABLE RICHARD SEEBORG <br><br> Courtroom: 3, 17th Floor |

JOINT STATUS REPORT AND STIPULATION TO FURTHER REVISE BRIEFING
SCHEDULE AND ORDER
CASE No. CV-09-04621-RS

The Plaintiff High Sierra Hikers Association and the Defendants, U.S. Department of the Interior, et al., submit this joint status report and stipulation to advise the Court as to the status of the ongoing settlement process with respect to the Plaintiff's Motion for Attorneys' Fees, Costs, and Other Expenses.  The settlement process continues to move forward, although somewhat slower than Defendants had anticipated, due in large part to a serious family medical condition that has required Defendants' lead counsel to take extensive leave during January 2013.  Both parties now expect that a final settlement can be reached in the near future.  As explained below, additional time is needed to secure formal approval from federal officials in Washington, D.C.

WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association filed a Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. § 2412,

WHEREAS, the litigation counsel for both parties and their clients have reached agreement on the specific terms and conditions of a settlement agreement, which, if approved, would specify a payment of a sum certain by the National Park Service to the Plaintiff in full and complete settlement of the Plaintiff's claim, resulting in dismissal of the pending motion;

WHEREAS, the parties are optimistic that a final settlement can be approved in the near future that would avoid the need for a hearing;

WHEREAS, the Defendants secured the recommendations from Department of Justice and Department of the Interior officials involved in the litigation to approve the proposed settlement, and those officials have presented the proposed settlement and recommendations to senior officials in the Department of Justice with final authority to approve the settlement;

WHEREAS, the Defendants' counsel has requested a final decision on the proposed settlement within two weeks and expects that a decision will be forthcoming in the near future;

WHEREAS, at Defendants' request, the Court previously continued the date for the Defendants to file their opposition to the fee motion until February 14, 2013;

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed between the Parties that:

JOINT STATUS REPORT AND STIPULATION TO FURTHER REVISE BRIEFING SCHEDULE AND ORDER
CASE No. CV-09-04621-RS                                                                                                          1

1. The date for the Defendants to file their opposition to Plaintiff's Motion shall be continued by an additional 14 days, until **February 28, 2013**, to allow time for a decision on approval of the proposed settlement agreement negotiated by the parties.

2. The parties shall advise the Court of the status their settlement discussions in a joint status report to be filed on or before **February 20, 2013.**

3. The hearing on Plaintiff's Motion is continued until a date to be set following the joint status report on February 20, 2013. If settlement does not appear imminent at that time, the parties will agree on a date for the Plaintiff's Reply and request a hearing on Plaintiff's Motion at the next available date on the Court's calendar.

**IT IS SO STIPULATED.**

In addition to stipulating to the above, I, Charles R. Shockey, attest that concurrence in the filing of this Stipulation has been obtained from Barbara N. Barath, Attorney for Plaintiff.

Dated: February 7, 2013         BARBARA N. BARATH
                                MORRISON & FOERSTER LLP

                                By:   */s/ Barbara Barath* [as authorized]
                                Barbara Barath, Attorney for Plaintiff

Dated: February 7, 2013         CHARLES R. SHOCKEY
                                U.S. DEPARTMENT OF JUSTICE

                                By:   */s/ Charles R. Shockey*
                                Charles R. Shockey, Attorney for Defendants

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS
SO ORDERED.

                                BY: [signature]

Dated: 2/8/13

                                HONORABLE RICHARD SEEBORG
                                U.S. DISTRICT COURT JUDGE

JOINT STATUS REPORT AND STIPULATION TO FURTHER REVISE BRIEFING
SCHEDULE AND ORDER
CASE No. CV-09-04621-RS                                                           2