1   MELINDA L. HAAG (CSBN 132612)
    United States Attorney
2   ALEX TSE (CSBN 152348)
    Chief, Civil Division
3   MICHAEL T. PYLE (CSBN 172954)
    Assistant U.S. Attorney
4   Northern District of California
    150 Almaden Blvd., Suite 900
5   San Jose, CA 95113
    Telephone:      (408) 535-5087
6   Facsimile:      (408) 535-5081
    Email:          michael.t.pyle@usdoj.gov
7
    IGNACIA S. MORENO
8   Assistant Attorney General
    Environment and Natural Resources Division
9   CHARLES R.  SHOCKEY (D.C. Bar No. 914879)
    Trial Attorney, U.S. Department of Justice
10  Environment and Natural Resources Division
    Natural Resources Section
11  501 "I" Street, Suite 9-700
    Sacramento, CA 95814-2322
12  Telephone:      916-930-2203
    Facsimile:      916-930-2210
13  Email:          charles.shockey@usdoj.gov

14  *Attorneys for Defendants*

15

16
                    UNITED STATES DISTRICT COURT
17
                    NORTHERN DISTRICT OF CALIFORNIA
18

19  HIGH SIERRA HIKERS ASSOCIATION,          Case No.    CV-09-4621-RS

20              Plaintiff,                    STIPULATION TO SETTLE
                                             PLAINTIFF'S CLAIM FOR
21      v.                                   ATTORNEYS' FEES, COSTS,
                                             AND OTHER EXPENSES AND
22  UNITED STATES DEPARTMENT OF THE          ~~PROPOSED~~ ORDER
    INTERIOR, et al.,
23                                           JUDGE:  HONORABLE
                Defendants.                  RICHARD SEEBORG
24
                                             Courtroom:  3, 17th Floor
25

26

27

28

    STIPULATION AND ~~PROPOSED~~ ORDER -- Case No.CV-09-4621-RS
    sf-3224192

1

2      WHEREAS, on October 26, 2012, the Plaintiff High Sierra Hikers Association (High

3    Sierra) filed a Motion for Attorneys' Fees, Costs, and Other Expenses Pursuant to 28 U.S.C. §

4    2412,

5      WHEREAS, High Sierra and the Defendants, United States of the Interior, et al., have

6    reached an agreement to settle High Sierra's claim for attorneys' fees, costs, and other expenses,

7      NOW, THEREFORE, High Sierra and the Defendants hereby agree and stipulate as

8    follows:

9
10      1.      The Defendants agree to settle High Sierra's claim for attorneys' fees, costs, and

11   other expenses of litigation for $280,000, which shall be paid by the National Park Service from

12   appropriated funds.

13      2.      Payment, as identified in Paragraph 1 above, shall be accomplished by electronic

14   funds transfer to the law firm of Morrison & Foerster LLP, 425 Market Street, San Francisco,

15   California 94105, counsel for High Sierra.  Undersigned counsel for High Sierra shall provide to

16   the undersigned counsel for the Defendants the appropriate account number and any other

17   information needed to make payment.  The Defendants shall submit the necessary paperwork for

18   payment to the appropriate National Park Service authorities within thirty (30) business days after

19   this Stipulation is entered into or after counsel for High Sierra provides the information required

20   to facilitate the payment, whichever is later.  High Sierra's attorneys shall notify the Defendants'

21   attorneys when payment is received.  The National Park Service shall make all reasonable efforts

22
23   to make payment within forty-five (45) days after receipt of High Sierra's bank account and

24   routing number.

25
26      3.      High Sierra agrees to the procedure outlined in Paragraph 2 above.  High Sierra

27   and its attorneys agree to hold harmless the Defendants in any litigation, further suit, or claim

28   arising from payment of the agreed-upon $280,000 settlement amount pursuant to Paragraph 2.

4.      High Sierra agrees to accept payment of $280,000 in full satisfaction of any and all claims for attorneys' fees, costs, and other expenses incurred in the above-captioned litigation through the date of the filing of this Stipulation.  Upon receipt of payment of the agreed-upon $280,000 settlement amount pursuant to Paragraph 2, High Sierra will withdraw its Motion for Attorneys' Fees, Costs, and Other Expenses.

5.      This Stipulation is the result of compromise and settlement, and it is based on and limited solely to the facts involved in this case.  This Stipulation does not represent an admission by any Party to any fact, claim, or defense concerning any issue in this case.

6.      Nothing in this Stipulation shall be interpreted as, or shall constitute, a requirement that the Defendants are obligated to pay any funds exceeding those available, or take any action in contravention of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other applicable provision of federal appropriations law.  If, however, Defendants fail to make full payment of the agreed-upon $280,000 settlement amount pursuant to Paragraph 2 within forty-five (45) days after this Stipulation is entered, High Sierra has the right to renotice its Motion for Attorneys' Fees, Costs, and Other Expenses for judicial determination.

7.      This Stipulation contains the entire agreement between the parties to this Stipulation, and all previous understandings, agreements, and communications prior to the date hereof, whether express or implied, oral or written, relating to the subject matter of this Stipulation, are fully and completely extinguished and superseded by this Stipulation. This Stipulation may be modified upon mutual written consent of the parties and the Court's approval of a joint stipulation to modify this Stipulation.

8.      The undersigned representatives of High Sierra and the Defendants certify that they are fully authorized by the respective Parties which they represent to enter into the terms and conditions of this Stipulation and legally to bind such Parties to the Stipulation.

1

2      9.      The provisions of this Stipulation shall apply to and be binding upon each of the

3  Parties, including, but not limited to, their current and/or former officers, directors, servants,

4  employees, successors, and assigns.

5      10.     Nothing in the terms of the Stipulation shall be construed to limit or deny the

6

7  authority of a federal official to promulgate or amend regulations.

8      11.     This Stipulation represents the entirety of the undersigned Parties' commitments

9  with regard to settlement of High Sierra's claim for attorneys' fees, costs, and other expenses of

10  litigation.  The terms of this agreement shall become effective upon approval by the Court of this

11  Stipulation.

12          IT IS HEREBY AGREED AND SO STIPULATED.

13  Dated: March  4, 2013                    BARBARA N. BARATH
                                             MORRISON & FOERSTER LLP
14

15                                           By:     /s/  *Barbara Barath* [as authorized]
                                             Barbara Barath, Attorney for Plaintiff
16
   Dated: March  4, 2013                    CHARLES R. SHOCKEY
17                                           U.S. DEPARTMENT OF JUSTICE

18                                           By:     /s/ *Charles R. Shockey*
                                             Charles R. Shockey, Attorney for Defendants
19

20                    [PROPOSED] ORDER

21
   PURSUANT TO STIPULATION, IT IS       BY:
22  SO ORDERED.

23
   Dated: ___3/5/13_____
24                                           HONORABLE RICHARD SEEBORG
                                             U.S. DISTRICT COURT JUDGE
25

26

27

28